```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -against-                                             :      22-CR-582 (VEC)
                                                                  :
                                                                  :          ORDER
JOSE COSME FIGUEROA, ANDY MERCADO, and                            :
NELSON OLIVO,                                                     :
                                                                  :
                                    Defendants.                   :
                                                                  X
------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 26, 2022, an Indictment was filed against the Defendants in this matter, Dkt. 10.

IT IS HEREBY ORDERED that an arraignment in this matter is scheduled for **Monday, November 7, 2022, at 11:00 A.M.** The arraignment will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  October 27, 2022
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**