```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                         :

UNITED STATES OF AMERICA,          :

        -against-           :    22-CR-582 (VEC)

                      :    ORDER

JOSE COSME FIGUEROA, ANDY MERCADO, and :
NELSON OLIVO,              :

           Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared before the Court for a status conference on May 12, 2023.

      IT IS HEREBY ORDERED that jury selection and trial will begin at **10:00 A.M. on Monday, October 23, 2023**. The final pretrial conference will be held on **Thursday, October 19, 2023, at 2:30 P.M**. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

      Any pretrial motions from the Defendants must be filed by **Friday, July 7, 2023**. The Court encourages Defendants to submit their pretrial motions jointly to the extent possible. The Government's response to any pretrial motions must be filed not later than **Friday, August 4, 2023**. The Defendants' replies must be filed not later than **Friday, August 18, 2023**.

      Motions in limine must be filed not later than **Friday, September 1, 2023**. Responses to any motions in limine, voir dire questions, and requests to charge must be filed not later than **Friday, September 15, 2023**.

      IT IS FURTHER ORDERED that time is excluded until **October 23, 2023**, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action

outweigh the best interest of the public and the Defendants in a speedy trial given the multiple Defendants in this action, the voluminous discovery, and the need to provide Mr. Olivo's defense counsel, who recently joined this matter, adequate time to prepare for trial.

**SO ORDERED.**

**Date:  May 12, 2023**
      **New York, NY**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**