# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 12, 2023

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/12/2023

<u>VIA ECF</u>

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Figueroa, et al.</u>, 22 Cr. 582 (VEC)

Dear Judge Caproni:

As Your Honor knows, we represent Mr. Nelson Olivo, a defendant in the above-captioned matter. We respectfully request a one-week extension of time to oppose the government's motions *in limine*, from September 15, 2023, to September 22, 2023.

On May 12, 2023, Your Honor ordered the parties to file motions *in limine* by September 1, 2023, and any responses by September 15, 2023. *See* Dkt. No. 38. The undersigned was appointed on July 10, 2023, and directed to comply with the outstanding motions *in limine* schedule. *See* Dkt. No. 45. On August 28, 2023, the government, among other things, requested a two-week extension of time to file motions *in limine*. *See* Dkt. No. 57. The following day, the Court granted the government's request in part, extending the deadline by one week to September 8, 2023—thereby shrinking the time to file oppositions to motions *in limine* from two weeks to one week. *See* Dkt. No. 58. On September 6, 2023, the government filed a Superseding Indictment (Dkt. No. 61), requiring counsel to reassess the scope of potentially admissible evidence at trial.

On September 8, 2023, the government filed a 19-page memorandum of law in support of its motions *in limine* to admit at trial various statements and evidence, including statements that were first produced to defendants in discovery on September 7, 2023. In light of the government's voluminous submission, recently produced discovery, and the Court's prior deadlines, we

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Valerie E. Caproni
September 12, 2023
Page 2

respectfully request that the Court grant the parties a one-week extension to oppose motions *in limine*. The government consents to this request.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy
Daniel P. Gordon

cc: AUSA Matthew R. Shahabian (by ECF)
AUSA Jane Y. Chong (by ECF)

---

Application GRANTED. The Government and all Defendants are ordered to appear for a status conference at **10:30 A.M. on September 21, 2023**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*[signature: Valerie Caproni]*            09/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE