USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
-against- : 22-CR-582 (VEC)
:
JOEL COSME FIGUEROA, : ORDER
:
Defendant. :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 18, 2023, the parties requested that the Court schedule a change-of-plea hearing in this matter.

IT IS HEREBY ORDERED that Mr. Cosme Figueroa's change-of-plea hearing will be held on **Tuesday, September 19, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: September 18, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**