```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/15/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- v. -

COSME FIGUEROA, et al.,

Defendants.

22 Cr. 582 (VEC)

ORDER

Upon the application of Kathleen E. Cassidy, attorney for Defendant Nelson Olivo:

IT IS HEREBY ORDERED THAT, the defendant Nelson Olivo, Inmate # 26500-510, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin on February 20, 2024. He is permitted to have up to three pairs of pants, one blazer, four pairs of socks, four shirts, two ties, one belt, one pair of shoes and one sweater to wear to Court.

Dated: February 15, 2024

_____
The Honorable Valerie E. Caproni
United States District Judge